IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERCON COFFEE CORPORATION | § | |
| | § | |
| *vs*. | § | C.A. NO. H – 16 – 3739 |
| | § | |
| KAWASAKI KISEN KAISHA, LTD. | § | |

## *UNOPPOSED   MOTION   TO   DISMISS*

TO THE HONORABLE EWING WERLEIN, JR.:

Plaintiff asks the Court to dismiss this action with prejudice.

Respectfully submitted,

*SHARPE & OLIVER, L.L.P.*

By _____
Robert C. Oliver
State Bar No. 15255700
S. D. Texas No. 886
5535 Memorial Drive, Suite F570
Houston, Texas 77007
Telephone:     (713) 864–2221
Facsimile:     (713) 864–2228
Email:   macknife@macknife.net

OF COUNSEL:

R. M. Sharpe, Jr.
State Bar No. 18129000
S. D. Texas No. 889

                                      ATTORNEYS   FOR   PLAINTIFF