United States District Court
Southern District of Texas
**ENTERED**
April 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERCON COFFEE CORPORATION | § | |
| | § | |
| vs. | § | C.A. NO. H – 16 – 3739 |
| | § | |
| KAWASAKI KISEN KAISHA, LTD. | § | |

## O R D E R

On Plaintiff's unopposed motion, this action is dismissed with prejudice. Each party shall pay its own costs.

Signed at Houston on April 7, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE